# EXHIBIT "A"

**49D01-1811-PL-044332**

Marion Superior Court, Civil Division 1

Filed: 11/5/2018 3:48 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

| | |
|---|---|
| HUNTINGTON HEIGHTS ) | |
| HOMEOWNERS ASSOCIATION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JURY DEMAND** |
| v. ) | |
| ) | |
| NATIONWIDE MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

Comes now Plaintiff, Huntington Heights Homeowners Association, Inc. ("Huntington Heights") by counsel, for its Complaint against Nationwide Mutual Insurance Company ("Nationwide") and says:

1.     Huntington Heights Homeowners Association, Inc. is an incorporated association located in Marion County.

2.     Huntington Heights Homeowners Association, Inc. insured its covered property with Nationwide Mutual Insurance Company under policy number ACP BPHM5802376668.

3.     During the policy period, Hunting Heights' covered property sustained covered losses.

4.     Huntington Heights reported the claim.

5.     Huntington Heights complied with all terms and conditions of the policy.

## COUNT I: BREACH OF CONTRACT

6.      Plaintiff reincorporates all prior allegations.

7.      Nationwide breached the contract by failing to fully pay for all covered losses.

WHEREFORE Plaintiff requests all damages available under Indiana law for breach of contract, including: the replacement cost value of the roofs and siding on the buildings, consequential damages, prejudgment interest, and for costs of this action.

## COUNT II: BAD FAITH

8.      Plaintiff reincorporates all prior allegations.

9.      Nationwide had a fiduciary relationship with Plaintiff because Plaintiff was a policyholder at the time of the claim.

10.     Nationwide owed Plaintiff a duty of good faith and fair dealing.

11.     Nationwide breached its duty of good faith and fair dealing by denying open and obvious covered damage, by deceiving its insured by stating that there was no damage, and by making an unfounded refusal to pay for the full value of the covered damage.

12.     Upon information and belief, the malicious motivation behind Nationwide's bad faith actions was to short-change the policyholder so that Nationwide could pay less than what it clearly and obviously owed.

2

WHEREFORE, Plaintiff, Huntington Heights Homeowners Association, Inc., hereby requests all damages available under Indiana law for bad faith, including punitive damages, prejudgment interest, and for costs of this action.

## JURY TRIAL REQUEST

Comes now Plaintiff, by the undersigned counsel, and requests a trial by jury in the above-captioned cause of action.

Respectfully submitted,

/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana 46077
Telephone: (317) 873-8396
Facsimile: (317) 873-2276
bbeyers@bbinlaw.com

David Miller #31855-32
Saeed & Little, LLP
18 W. Vermont St.
Indianapolis, IN 46204
Telephone: (317) 721-9214
david@sllawfirm.com

Attorneys for Plaintiff